IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, SHEET METAL WORKERS LOCAL 19 | : | CIVIL ACTION |
| v. | : | NO. 18-2887 |
| MULTI-TEMP MECHANICAL, INC. | : | |

## ORDER

**AND NOW**, this 20th day of March 2019, upon considering Defendant's Motion to set aside the Order of default (ECF Doc. No. 22), Plaintiff's Response (ECF Doc. No. 34), Defendant's Reply (ECF Doc. No. 35), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to set aside (ECF Doc. No. 22) is **DENIED** and we **amend** our February 19, 2019 Order (ECF Doc. No. 33) to allow Plaintiff's counsel to distribute funds presently held in its trust account under our February 19, 2019 Order (ECF Doc. No. 33).

_____
KEARNEY, J.